UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                        NO. 2:20-mj-30027

CORY D. TRIPPLETT

    aka Anthony Erlington",

    Defendant.
_____/

**GOVERNMENT'S AMENDED PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an amended order transferring defendant Cory D. Tipplett to answer to charges pending in another federal district, and states:

1. On or about January 21, 2020, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the Northern District of Ohio based on an Indictment. Defendant is charged in that district with 18 U.S.C. § 2252(a)(2)- Receipt and distribution of visual depictions

1

of real minors; 18 U.S.C. §2251(a)-Sexual exploitation of children; 18 U.S.C. §2423(b)- Travel for illicit sexual conduct.

2.   Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

Matthew Schneider
United States Attorney

John O'Brien
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI   48226-3211
John.obrien@usdoj.gov
(313) 226-9715

Date: 1/21/2020

2